

# Fourth Court of Appeals
## San Antonio, Texas

March 7, 2017

No. 04-17-00068-CR

**IN RE** Kevin Lamar **JOHNSON**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:  Sandee Bryan Marion, Chief Justice
          Karen Angelini, Justice
          Irene Rios, Justice

On February 24, 2017, Relator filed "Relator's Objection to the Court's Denial Order, for Relator's Petition for Writ of Mandamus."  We treat this filing as a motion for rehearing.  The panel has considered the motion and it is DENIED.

It is so **ORDERED** on March 7, 2017.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7 day of March, 2017.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2002CR4779, styled *State of Texas v. Kevin Lamar Johnson*, pending in the 227th Judicial District Court, Bexar County, Texas, the Honorable Kevin M. O'Connell presiding.